IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| JOSHUA ALAN WILLIAMS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 4:09cv0459 SWW |
| | * | |
| MD COWAN, INC.; | * | |
| TESCO CORPORATION; | * | |
| JEFFREY ANDERSON; | * | |
| RIG TECHNOLOGY, LTD.; | * | |
| VENTURETECH CORPORATION | * | |
| INTERNATIONAL, a/k/a SWIVEL | * | |
| ENGINEERING, LP; and | * | |
| SUNTRUST LEASING CORPORATION, | * | |
| | * | |
| Defendants. | * | |

## ORDER

The applications [doc.#'s 3,4] of Patrick E. Carr and Guy A. Thiessen to appear and participate pro hac vice as counsel for plaintiff Joshua Alan Williams are hereby granted.

IT IS SO ORDERED this 10th day of July 2009.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE