## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

JOSHUA ALAN WILLIAMS                                            PLAINTIFF

v.                               No. 4:09-cv-459-DPM

MD COWAN, INC.; TESCO SERVICES,
INC.; JEFFREY ANDERSON; and RIG
TECHNOLOGY, LTD                                                DEFENDANTS

CHARTIS CASUALTY COMPANY/
AMERICAN INTERNATIONAL SOUTH
INSURANCE COMPANY and GLOBAL
RECOVERY SERVICES                                              INTERVENORS


### ORDER

Joint motion to dismiss, *Document No. 152*, granted.   Williams's

complaint against Defendants MD Cowan, Inc., and Rig Technology, Ltd.,

is dismissed with prejudice.   The Intervenors' complaint against MD

Cowan and Rig Tech is also dismissed with prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 November 2011