IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOSHUA ALAN WILLIAMS                                          PLAINTIFF

v.                        No. 4:09-cv-459-DPM

MD COWAN, INC.; TESCO SERVICES,
INC.; JEFFREY ANDERSON; and RIG
TECHNOLOGY, LTD                                               DEFENDANTS

CHARTIS CASUALTY COMPANY/
AMERICAN INTERNATIONAL SOUTH
INSURANCE COMPANY and GLOBAL
RECOVERY SERVICES                                             INTERVENORS

ORDER

Joint motion to dismiss cross claims, *Document No. 183*, granted. MD Cowan's and Rig Tech's cross-claims are dismissed without prejudice. TESCO and Anderson's embedded request to dismiss their cross-claims, *Document No. 181, at 2*, is also granted. Their cross-claims are dismissed without prejudice. There are no claims remaining for trial.

So Ordered.

*signature*

D.P. Marshall Jr.
United States District Judge

27 April 2012