IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOSHUA ALAN WILLIAMS                                              PLAINTIFF

v.                              No. 4:09-cv-459-DPM

MD COWAN, INC.; TESCO SERVICES,
INC.; JEFFREY ANDERSON; RIG TECHNOLOGY,
LTD; VENTURETECH CORPORATION
INTERNATIONAL; and SUNTRUST LEASING
CORPORATION                                                       DEFENDANTS

CHARTIS CASUALTY COMPANY/
AMERICAN INTERNATIONAL SOUTH
INSURANCE COMPANY and GLOBAL
RECOVERY SERVICES                                                 INTERVENORS

## JUDGMENT

Joshua Williams's claims against Venturetech and Suntrust are dismissed without prejudice. *Document No. 50.* His claims — as well as the Intervenors' claims — against MD Cowan, TESCO, Anderson, and Rig Tech are dismissed with prejudice. *Document Nos. 153 & 180.* All the Defendants' cross-claims are dismissed without prejudice. *Document Nos. 181, 183, & 184.*

*[signature]*
D.P. Marshall Jr.
United States District Judge

27 April 2012